■ In the Matter of RODMAN & RENSHAW, LLC, et al., Respondents, v MATTHEW N. MURRAY, Appellant. [938 NYS2d 795]

The arbitration award was not marked by manifest disregard of the law, as there was no showing that the arbitrators had ignored or refused to apply a governing legal principle that was well defined, explicit, and clearly applicable to the case (*see Wien & Malkin LLP v Helmsley-Spear, Inc.*, 6 NY3d 471, 481 [2006]). Nor has respondent established that the award was irrational or violative of a strong public policy (*see Kalyanaram v New York Inst. of Tech.*, 79 AD3d 418, 419 [2010], *lv denied* 17 NY3d 712 [2011]). Concur—Mazzarelli, J.P., Andrias, DeGrasse, Richter and Abdus-Salaam, JJ.